UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10696RGS

ARTHUR AUSTIN,
    Plaintiff

vs.

FRANK COUSINS, MICHAEL MARKS,
ESSEX COUNTY CORRECTIONAL FACILITY,
ELAINE BUSHWAY, BRIAN LAVOIE,
THOMAS FRANCESCONI, JASON COPP,
ROBERT KOSTAN and JOSEPH GOLDSTEIN
    Defendants

### JOINT MOTION TO CONTINUE

Now come the parties and move this Honorable Court to continue the scheduling conference scheduled for June 29, 2005.

In support whereof, the parties state that they shall submit this case for private mediation within the next 60 days.

| Plaintiff by his Attorney, | Defendants Cousins and Marks By their Attorney, |
|---|---|
| *Patrick W. Morgan* | *Stephen C. Pfaff* |
| PATRICK W. MORGAN, BBO#557938 | STEPHEN C. PFAFF, BBO#553057 |
| RIFKIN LAW OFFICES | MERRICK, LOUISON & COSTELLO |
| 60 Federal Street | 67 Batterymarch Street |
| Salem, MA 01970 | Boston, MA 02110 |
| (978) 745-9786 | (617) 439-0305 |

Defendants Lavoie, Francesconi, Copp,
Kostan and Goldstein
By their Attorney,

*Howard B. Lenow*
HOWARD B. LENOW, BBO#293660
LENOW & MCCARTHY
13 Pelham Island Road
Wayland, MA 01778
(508) 358-8181

RIFKIN LAW OFFICES
60 FEDERAL STREET
SALEM, MA 01970

(978) 745-9787
(978) 745-9786
80 CENTRAL STREET
IPSWICH, MA 01938

(978) 356-2111