UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CA NO. 05-10696RGS

ARTHUR AUSTIN,
    Plaintiff

vs.

FRANK COUSINS, MICHAEL MARKS,
ESSEX COUNTY CORRECTIONAL FACILITY,
ELAINE BUSHWAY, BRIAN LAVOIE,
THOMAS FRANCESCONI, JASON COPP,
ROBERT KOSTAN and JOSEPH GOLDSTEIN
    Defendants

### JOINT DISCOVERY STATEMENT

1. Discovery plan: The parties shall conduct depositions, answer interrogatories and produce documents by March 31, 2006.

2. Proposed schedule for filing motion(s): The parties shall file motions by March 31, 2006.

3. The parties certify that they have unsuccessfully attempted mediation recently.

| Plaintiff by his Attorney, | Defendants Cousins and Marks By their Attorney, |
|---|---|
| PATRICK W. MORGAN, BBO#557938<br>RIFKIN LAW OFFICES<br>60 Federal Street<br>Salem, MA 01970<br>(978) 745-9786 | STEPHEN C. PFAFF, BBO#553057<br>MERRICK, LOUISON & COSTELLO<br>67 Batterymarch Street<br>Boston, MA 02110<br>(617) 439-0305 |

Defendants Lavoie, Francesconi, Copp,
Kostan and Goldstein
By their Attorney,

HOWARD B. LENOW, BBO#293660
LENOW & MCCARTHY
13 Pelham Island Road
Wayland, MA 01778
(508) 358-8181

RIFKIN LAW OFFICES
60 FEDERAL STREET
SALEM, MA 01970

(978) 745-9787
(978) 745-9786
60 CENTRAL STREET
IPSWICH, MA 01938

(978) 356-2111