UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ARTHUR AUSTIN
    Plaintiff

        v.                        CIVIL ACTION NO. 05-10696-RGS

ESSEX COUNTY CORRECTIONAL FACILITY, ET AL
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.                                            DECEMBER 8, 2005

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 60 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

                BY:

                      /s/ Mary H. Johnson
                      Deputy Clerk

DATED: 12-8-05